IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STANSEL A. PROWSE                                                    PLAINITIFF
ADC # 658340

V.                    CASE NO. 5:17-CV-00133 KGB/BD

GARY A. HILL                                                          DEFENDANT

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED, without prejudice.

Dated this 12th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE